UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                                                        X
THE NEW YORK TIMES COMPANY,                    :

                           Plaintiff,        :

                      v.                        :        **COMPLAINT**

U.S. DEPARTMENT OF HOMELAND SECURITY,    :

                     Defendant.        :
_____ X

Plaintiff THE NEW YORK TIMES COMPANY ("The Times"), by and through its undersigned attorneys, alleges as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA"), to obtain an order for the production of agency records from the U.S. Department of Homeland Security ("DHS") in response to a request properly made by The Times.

## PARTIES

2. Plaintiff The New York Times Company publishes *The New York Times* newspaper and www.nytimes.com. The Times is headquartered in this judicial district at 620 Eighth Avenue, New York, NY 10018.

3. Defendant DHS is an agency within the federal government. It has possession and control of the records that The Times seeks.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

1

5.      Venue is premised on Plaintiff The New York Times Company's place of business and is proper in this district under 5 U.S.C. § 552(a)(4)(B).

## LEGAL FRAMEWORK

6.      FOIA requires that agencies make a determination as to FOIA requests within 20 business days. *See* 5 U.S.C. § 552(a)(6)(A)(i).

7.      "Upon any determination by an agency to comply with a request for records, the records shall be made promptly available to such person making such request." *Id.* § 552(a)(6)(C)(i).

8.      DHS has failed to meet this statutory deadline set for responding to The Times's request. The Times is therefore deemed to have exhausted all administrative remedies, pursuant to 5 U.S.C. § 552(a)(6).

## FACTS

9.      The Times is looking into the allocation of staff and resources for investigations conducted by DHS as the department has changed priorities with a new administration. As part of that reporting, The Times is also interested in the results of DHS's investigative activities as shown by the number of search warrants executed and arrests made and other measures.

10.      On May 23, 2025, reporter Michael Keller, on behalf of The Times, submitted a FOIA request (the "Request") to DHS seeking certain agency records.

11.      The Request seeks the following documents that, on information and belief, are in the Homeland Security Investigations ("HSI") databases known as Investigative Case Management ("ICM") and/or Cognos. Specifically, it seeks:

    i.    The following data about HSI's "Child Exploitation" cases – code 07Q – for each month:

1. Hours spent by HSI agents on these cases
2. Number of victims identified or rescued by HSI agents on these cases
3. Number of electronic search warrants against Internet Service Providers ("ISPs") or Electronic Service Providers ("ESPs") executed by HSI agents on these cases
4. Number of all other search warrants executed by HSI agents on these cases
5. Number of arrests made by HSI agents on these cases

ii. The following data about HSI "Human Smuggling" cases – code 15 (including all sub-categories B through Z) – for each month:

1. Hours spent by HSI agents on these cases
2. Number of all search warrants executed by HSI agents on to these cases
3. Number of arrests made by HSI agents on these cases

iii. The same monthly data enumerated in No. ii for cases worked by HSI agents for cases classified code 16 for "General Immigration" (including all sub-categories B-Z)

iv. The same monthly data enumerated in No. ii for cases worked by HSI agents for cases classified code 17 for "Benefit Fraud" (including all sub-categories B-Z)

v. The same monthly data enumerated in No. ii for cases worked by HSI agents for cases classified code 18 for "Document Fraud" (including all sub-categories B-Z)

vi. The same monthly data enumerated in No. ii for cases worked by HSI agents for cases classified code 19 for "Compliance/Worksite Enforcement" (including all sub-categories B-Z)

vii. The same monthly data enumerated in No. ii for cases worked by HSI agents for cases classified code 36 E for "Gang Illegal Re-entry"

viii. The same monthly data enumerated in No. ii for cases worked by HSI agents for cases classified code 36 F for "Administrative Alien Gangs"

12. The date range for each of these items is from the beginning of the department's Fiscal Year 2008 (Oct 1, 2007) through the date this Request is fulfilled.

13. On May 29, 2025, DHS, through the FOIA office at Immigration and Customs Enforcement, acknowledged The Times's Request. It assigned the Request Number 2025-ICFO-39037.

14. The Times has not received any further response to the Request.

## CAUSE OF ACTION (5 U.S.C. § 552)

15. Plaintiff repeats, realleges, and reincorporates the allegations in the foregoing paragraphs as though fully set forth herein.

16. Defendant DHS is an agency subject to FOIA and must therefore conduct an adequate search using reasonable efforts for responsive records; release any disclosable records in its possession at the time of the request; and provide a lawful reason for withholding any other materials as to which it is claiming an exemption.

17. Defendant DHS has failed to meet FOIA's statutory deadline of 20 business days to make a determination. 5 U.S.C. § 552(a)(6)(A)(i).

18. Even if Defendant has made a determination, it has failed to "ma[ke] promptly available" the records at issue. *Id.* § 552(a)(6)(C)(i).

19. Accordingly, Plaintiff is deemed to have exhausted its administrative remedies under FOIA. *See id.* § 552(a)(6).

20. Defendant DHS is permitted to withhold documents or parts of documents only if one of FOIA's enumerated exemptions apply.

21. No exemptions permit the withholding of the documents sought by this Request.

22. Accordingly, Plaintiff is entitled to an order compelling Defendant DHS to produce records responsive to this request.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

23. Declare that the documents sought by the Request, as described in the foregoing paragraphs, are public under 5 U.S.C. § 552 and must be disclosed;

24. Order Defendant to provide those records to Plaintiff within 20 business days of the Court's order;

25. Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees, as expressly permitted by FOIA, 5 U.S.C. § 552(a)(4)(E)(i); and

26. Grant Plaintiff such other relief as this Court deems just and proper.


Dated: New York, New York　　　　　　　*/s/ David E. McCraw*
　　　　July 31, 2025　　　　　　　　　　David E. McCraw
　　　　　　　　　　　　　　　　　　　　Al-Amyn Sumar
　　　　　　　　　　　　　　　　　　　　Legal Department
　　　　　　　　　　　　　　　　　　　　The New York Times Company
　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　Phone: (212) 556-4031

Email: mccraw@nytimes.com
Email: al-amyn.sumar@nytimes.com

*Counsel for Plaintiff*