

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *N.Y. Times Co. v. U.S. Dep't of Homeland Security*, No. 25 Civ. 6317 (AS)

Dear Judge Subramanian:

    I write respectfully on behalf of the defendant, the U.S. Department of Homeland Security ("DHS"), in this Freedom of Information Act ("FOIA") case, to request a three-week extension to respond to the complaint in this action (to September 25, 2025) and an adjournment of the initial conference currently set for August 28, 2025, at 3:00 pm, to a date during the week of September 22 if available. This extension is requested because the undersigned will be out of the office during the last week of August and most of the first week of September. Plaintiff consents to the requested relief.

    I thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By: /s/ Jean-David Barnea
JEAN DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2679
jean-david.barnea@usdoj.gov

Cc:   Plaintiffs' counsel (by ECF)

The request is GRANTED. The initial pretrial conference is ADJOURNED to September 26 at 3:00 PM.

The Clerk of Court is directed to terminate the motion at Dkt. 8.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: August 13, 2025