

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 17, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *N.Y. Times Co. v. U.S. Dep't of Homeland Security*, No. 25 Civ. 6317 (AS)

Dear Judge Subramanian:

    I write respectfully on behalf of both parties in this Freedom of Information Act ("FOIA") case, to provide certain information in advance of the initial conference currently scheduled for September 26, 2025, and to seek a further extension of the deadline for defendant, the U.S. Department of Homeland Security ("DHS"), to respond to the complaint in this action.

    The parties do not anticipate the need for discovery or a case management plan in this matter. *See* Local Civil Rule 16.1 (FOIA cases are "exempted from the mandatory scheduling order required by Fed. R. Civ. P. 16(b)"; "[d]iscovery may proceed in those cases only at the time, and to the extent, authorized by the court"). Rather, we expect that this case, like most FOIA matters, will be resolved either consensually by the parties or through motions for summary judgment without discovery. *See Wood v. FBI*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 812 (2d Cir. 1994). Accordingly, the parties respectfully request that they be relieved of the requirement to provide a proposed Civil Case Discovery Plan and Scheduling Order.

    On September 10, U.S. Immigration and Customs Enforcement, a component of DHS, responded to Plaintiff's FOIA request and produced redacted versions of all responsive records the agency located. Plaintiff then sent some follow-up questions about this production, and the agency has responded to these questions. The parties hope they will be able to resolve any remaining issues informally and that further litigation in this case will be unnecessary. To that end, DHS respectfully requests that its deadline to respond to the complaint be further adjourned by a month—from September 25 to October 27. The parties also respectfully suggest that the initial conference be adjourned to the second half of October, and that the Court direct the parties to provide a status update in one month that would clarify whether further proceedings are necessary in this case.

We thank the Court for its attention to this matter.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney

By:    */s/ Jean-David Barnea*
      JEAN DAVID BARNEA
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2679
      jean-david.barnea@usdoj.gov

Cc:    Plaintiffs' counsel (by ECF)

---

The parties' joint request for an extension is GRANTED. The deadline to respond to the complaint is adjourned to **Monday, October 27, 2025**. The initial pretrial conference is adjourned to **Thursday, October 23, 2025, at 2:30 PM**. Same location. By **Friday, October 17, 2025,** the parties shall provide a status update to the Court on whether further proceedings are necessary. If they are, then the parties shall submit a proposed scheduling order to the Court, together with their status update.

The Clerk of Court is directed to terminate the motion at Dkt. 10.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 17, 2025