UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                Plaintiff,<br><br>-against-<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                Defendant. | 25-CV-6317 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **October 22, 2025**, the parties shall provide the Court with a joint letter updating the Court on the status of this case. The Court is aware of the current lapse in appropriations and government shutdown. Absent further direction from the parties as to the propriety of any stay of the proceedings, the initial pretrial conference in this case remains scheduled for **October 23, 2025**, at **2:30 PM**.

      SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                          United States District Judge