UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

                Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

                Defendant.

No. 1:25-cv-06317-AS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jackson Busch, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Plaintiff The New York Times Company in the above-captioned case.

Dated: New York, New York
       October 22, 2025

*/s/ Jackson Busch*
Jackson Busch
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: jackson.busch@nytimes.com

*Counsel for Plaintiff*