

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 26, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *N.Y. Times Co. v. U.S. Dep't of Homeland Security*, No. 25 Civ. 6317 (AS)

Dear Judge Subramanian:

  Pursuant to the Court's order of October 23, 2025, ECF No. 15, I write respectfully on behalf of both parties in this Freedom of Information Act ("FOIA") case, to provide an update on the proceedings in this case and to seek a further extension of the deadline for defendant, the U.S. Department of Homeland Security ("DHS"), to respond to the complaint in this action.

  On September 10, U.S. Immigration and Customs Enforcement ("ICE"), a component of DHS, responded to Plaintiff's FOIA request and produced redacted versions of all responsive records the agency located. After receiving this response, Plaintiff asked whether ICE would agree to provide similar records for a different time period than that in its FOIA request. ICE has agreed to do so, and intends to produce these records shortly. Plaintiff has more recently asked certain questions about the records ICE already produced. ICE is attempting to obtain answers to these questions. The parties anticipate that they will be able to resolve any remaining issues informally and that further litigation in this case will be unnecessary. To that end, the parties respectfully request that DHS's deadline to respond to the complaint be adjourned *sine die*, and that the Court direct the parties to provide a further status update on December 22, 2025.

  We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Jean-David Barnea*
   JEAN DAVID BARNEA
   Assistant United States Attorney
   Tel: (212) 637-2679
   jean-david.barnea@usdoj.gov

GRANTED. The parties shall provide a further status update by December 22, 2025.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: December 2, 2025

Cc:   Plaintiffs' counsel (by ECF)