**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 23, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *N.Y. Times Co. v. U.S. Dep't of Homeland Security*, No. 25 Civ. 6317 (AS)

Dear Judge Subramanian:

Pursuant to the Court's order of December 23, 2025, ECF No. 19, I write respectfully on behalf of both parties in this Freedom of Information Act ("FOIA") case, to provide an update on the proceedings in this case.

On September 10, 2025, U.S. Immigration and Customs Enforcement ("ICE"), a component of the U.S. Department of Homeland Security, responded to Plaintiff's FOIA request and produced redacted versions of all responsive records the agency located. After receiving this response, Plaintiff asked whether ICE would agree to produce similar records for a different time period than that in its FOIA request. ICE agreed to do so, and made supplemental productions on December 2 and 11, 2025. Plaintiff has asked certain questions about the records ICE has produced, to which ICE has responded. Plaintiff asked one further question this week, to which ICE intends to respond shortly. The parties still anticipate that they will be able to resolve any remaining issues informally and that further litigation in this case will be unnecessary. To that end, the parties respectfully request that the Court direct the parties to provide a further status update on February 23, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By: */s/ Jean-David Barnea*
JEAN DAVID BARNEA
Assistant United States Attorney
Tel: (212) 637-2679
jean-david.barnea@usdoj.gov

The Court appreciates the parties' status update. The parties shall provide a further status update by **February 23, 2026**.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 27, 2026

Cc: Plaintiff's counsel (by ECF)