

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 23, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *N.Y. Times Co. v. U.S. Dep't of Homeland Security*, No. 25 Civ. 6317 (AS)

Dear Judge Subramanian:

      Pursuant to the Court's order of January 27, 2026, ECF No. 21, I write respectfully on behalf of both parties in this Freedom of Information Act ("FOIA") case, to provide an update on the proceedings in this case. On September 10, 2025, U.S. Immigration and Customs Enforcement ("ICE"), a component of the U.S. Department of Homeland Security, responded to Plaintiff's FOIA request and produced redacted versions of all responsive records the agency located. After receiving this response, Plaintiff requested that ICE produced similar records for a different time period than that in the FOIA request and ICE produced the requested records on December 2 and 11, 2025. Plaintiff has asked certain questions about the records ICE has produced, to which ICE has responded. The parties agree that no further proceedings are necessary for this case, and intend to file a stipulation of dismissal later this week.

      We thank the Court for its attention to this matter.

      Respectfully,

      JAY CLAYTON
      United States Attorney

By:   */s/ Jean-David Barnea*
      JEAN DAVID BARNEA
      Assistant United States Attorney
      Tel: (212) 637-2679
      jean-david.barnea@usdoj.gov

Cc:   Plaintiff's counsel (by ECF)