UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
THE NEW YORK TIMES COMPANY,                :

      Plaintiff,                 :

  v.                                                  :  No. 1:25-cv-06317 (AS)

DEPARTMENT OF HOMELAND SECURITY,          :

      Defendant.                 :
---------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

  WHEREAS, on July 31, 2025, plaintiff The New York Times Company ("The Times") filed the above-captioned suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the release of certain records allegedly possessed by defendant United States Department of Homeland Security ("DHS"), in connection with a FOIA request for the same records, dated May 23, 2025 (the "FOIA Request");

  WHEREAS, DHS has produced records in response to the FOIA Request; and

  WHEREAS, The Times now wishes voluntarily to discontinue this action;

  IT IS NOW STIPULATED TO AND AGREED by and between the parties as follows:

  1.  The Complaint shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

  2.  The Times agrees to withdraw the FOIA Request from further processing by DHS, and to dismiss with prejudice any claims that it now has or may hereafter acquire against DHS arising out of the FOIA Request.

3.  Nothing in this Stipulation affects, or shall be construed to affect, the rights of The Times to pursue further release of information or documents from DHS or any other agency through other FOIA requests.

4.  The parties understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Agreed to by:

Dated: February 26, 2026
       New York, New York

THE NEW YORK TIMES COMPANY

By: _____
David E. McCraw
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Email: mccraw@nytimes.com

*Counsel for Plaintiff*

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Jean-David Barnea
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Phone: (212) 637-2679
Email: jean-david.barnea@usdoj.gov

*Counsel for Defendant*

SO ORDERED.

_____          _____
Hon. Arun Subramanian              Date
U.S. District Judge

2